requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2491. In the Matter of Discipline of Melissa Anne Shomber.**

561 U.S. 1045, 131 S. Ct. 43, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5612.

July 26, 2010. Melissa Anne Shomber, of Edmond, Oklahoma, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

**No. D-2492. In the Matter of Discipline of Patrick D. McNeal.**

561 U.S. 1045, 131 S. Ct. 43, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5554.

July 26, 2010. Patrick D. McNeal, of Santa Ana, California, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2493. In the Matter of Discipline of David A. Ehrlich.**

561 U.S. 1046, 131 S. Ct. 43, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5617.

July 26, 2010. David A. Ehrlich, of Cohoes, New York, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. 10-5041 (R46-022). Rodney Earl Cannady, Petitioner v. United States.**

561 U.S. 1048, 131 S. Ct. 44, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5627.

August 4, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 384 Fed. Appx. 253.

**No. 10A155. Omar Khadr, Applicant v. United States.**

561 U.S. 1048, 131 S. Ct. 44, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5628.

August 6, 2010. Application for stay, presented to The Chief Justice, and by him referred to the Court, denied.

**No. 10-5691 (R46-023). In re Omar Khadr, Petitioner.**

561 U.S. 1048, 131 S. Ct. 44, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5629.

August 9, 2010. The petition for writ of mandamus in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

**No. 10-5858 (10A173). In re Michael Jeffrey Land, Petitioner.**

561 U.S. 1048, 131 S. Ct. 44, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5630.

August 12, 2010. Application for stay of execution of sentence of death, pre-